COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Hassell Construction Company, Inc. and James C. Hassell v. R. Hassell & Co., Inc., R. Hassell Builders, Inc., R. Hassell Holding Co., Inc. and G.R. Group Resources, LLP

Appellate case number:    01-18-00546-CV

Trial court case number:   2013-61995

Trial court:           61st District Court of Harris County

Appellants, Hassell Construction Company, Inc. and James C. Hassell, have filed a notice of the appeal of the trial court's March 26, 2018 final judgment confirming an arbitration award. And, appellants have filed a motion to extend the time to file their appellant's brief.[1] Appellees, R. Hassell & Co., Inc., R. Hassell Builders, Inc., R. Hassell Holding Co., Inc. and G.R. Group Resources, LLP, have filed a response opposing appellants' request. Appellants' motion is **granted**. *See* TEX. R. APP. P. 38.6(d). Appellant's brief is due to be filed no later than **Monday, November 12, 2018**.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually   ☐ Acting for the Court

Date: September 27, 2018

---

[1] The clerk's record was filed in this appeal on September 12, 2018. Appellants have filed a docketing statement showing that a reporter's record was not requested and have notified the Clerk of this Court that they "are not requesting preparation of the reporter's record for review in conjunction with this appeal." *See* TEX. R. APP. P. 32.1, 34.1.